

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2015

No. 04-15-00089-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF G.O.R., JR.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-MH-0403
Kelly Cross, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order requiring appellant to submit to court-ordered medication. The appellant's brief was originally due to be filed in this appeal on March 19, 2015. Appellant's first motion requesting an extension of time to file the brief was granted in part, extending the deadline for filing to brief to April 8, 2015.

On April 28, 2015, a deputy clerk of this court contacted appellant's attorney regarding the brief. Appellant's attorney stated he submitted a motion for extension of time by e-filing on April 20, 2015. The appellant's attorney further stated the appellant's brief would be filed by midnight on April 28, 2015.

Based on the telephone conversation, the deputy clerk manually searched the e-file portal and located the motion. By order dated April 29, 2015, the motion was granted, extending the deadline for filing the appellant's brief to April 28, 2015. Despite the assurances made by appellant's attorney in his telephone conversation with the deputy clerk, the brief has not been filed.

Appellant's attorney is appointed to represent the appellant in this appeal. It is therefore ORDERED that appellant's attorney respond to this court in writing no later than May 11, 2015. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's attorney fails to provide a reasonable explanation, this appeal will be abated to the trial court for the appointment of new counsel.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2015.



_____

Keith E. Hottle

Clerk of Court